AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

JAMES L. MCNEAL
DOB:
PDID

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 22, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

I further state that I am __OFFICER SEAN D'AUGOSTINE__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
OFFICER SEAN D'AUGOSTINE
UNITED STATES PARK POLICE

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                        City and State

_____       _____
Name & Title of Judicial Officer              Signature of Judicial Officer