## STATEMENT OF FACTS

On June 21, 2006, at about 4:56 p.m., sworn officers with the United States Park Police conducted a traffic stop at Fort Totten Drive and Allison Street, N.W., Washington, D.C. The defendant, James McNeal, stopped the vehicle and attempted to walk away. Officers stopped the defendant, and asked him for his registration. The defendant stated that he did not have it with him. The defendant reentered the vehicle and started to look for it. As the defendant was looking for the registration, officers detected the odor of marijuana coming from inside. When officers asked the defendant what the smell was, he stated that he did not want any trouble, and he did not want to go back to jail. Officers asked the defendant to exit the vehicle, at time they began a search of the vehicle. Recovered from the front passenger side floorboard was a large plastic bag with 2 large chunks of an off white rock-like substance wrapped in paper towels, a digital scale, an empty clear medium ziplock bag, and a piece of clear plastic that contained an off white rock-like substance arrest. The off white rock-like substance appeared to be crack cocaine. A portion of the rock-like substance field tested positive for cocaine. Officers also recovered trace amount of a green leaf-like substance which field tested positive for THC. Officers placed the defendant under arrest. A search of the defendant at the station, revealed $1,075.00 in U.S. Currency in the defendant's pants pockets. The weight of the suspected crack cocaine was approximately 93 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

 

                                                              OFFICER SEAN D'AUGOSTINE
                                                              UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF JUNE, 2006.

                                                                 U.S. MAGISTRATE JUDGE