# WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: | MAGIS. NO: 06-291 |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| JAMES LARRY MCNEAL | JAMES LARRY MCNEAL<br>AKA JAMES L. MCNEAL | |

**WARRANT ISSUED ON THE BASIS OF:**
- [x] Order of Court
- [ ] Information
- [ ] Indictment
- [ ] Complaint

**TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

**CITY:**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

21 USC 841(a)(1) Unlawfully, known and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

FAILURE TO APPEAR ON A COMPLAINT/INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE FACCIOLA.

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION: 18USC 841(a) (1)

**BAIL FIXED BY COURT:** HWOB

**OTHER CONDITIONS OF RELEASE:**

| ORDERED BY: | JUDGE/MAGISTRATE JUDGE | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE JOHN M. FACCIOLA | MAGISTRATE JUDGE JOHN M. FACCIOLA | 06/27/06 |

| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
|---|---|---|
| Nancy Mayer-Whittington | *[signature]* | 06/27/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

**DATE RECEIVED:** 6/27/06
**DATE EXECUTED:** 6/30/06
**NAME AND TITLE OF ARRESTING OFFICER:** Reporting Fitzgerald, Derrick
**SIGNATURE OF ARRESTING OFFICER:** *[signature]* Reporting