IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) CR. NO. 06-291M-01 (JMF) |
| | ) |
| JAMES L. McNEAL, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

                                                                       Respectfully submitted,

                                                                       A.J. KRAMER
                                                                       FEDERAL PUBLIC DEFENDER


                                                                       /s/
                                                                       Jonathan S.  Jeffress
                                                                       Assistant Federal Public Defender
                                                                       625 Indiana Avenue, N.W., Suite 550
                                                                       Washington, D.C.  20004
                                                                       (202) 208-7500